RECEIVED
IN LAKE CHARLES, LA

APR 26 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | CIVIL ACTION NO. 2:11-cv-1724 |
| VS. | JUDGE MINALDI |
| CHERYL YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 63] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. 38] filed by Owens-Thomas Funeral Home be **GRANTED** and that Owens-Thomas Funeral Home be paid the sum of $6,299 out of the funds on deposit with the registry of this court.

Lake Charles, Louisiana, on this 25 day of April, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE