RECEIVED
IN LAKE CHARLES

JUN - 6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE CO. | : | DOCKET NO. 2:11-CV-01724 |
| VS. | : | JUDGE MINALDI |
| CHERYL YOUNG, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 74] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, the court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that judgment issue herein in favor of Glenda K. Young-Jones, the estate of Cheryl R. Young, Carmoleta Young-Chapman, Daniel R. Young, and Yvonne Young, awarding each their share of the proceeds of the life insurance policy per the beneficiary desgination signed on March 30, 2009 and against Archita Thomas-Young, dismissing her claim with prejudice.

Lake Charles, Louisiana, on this 5 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE